**Order entered October 24, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01019-CV

## IN THE INTEREST OF S.O., MINOR CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30101-2020**

## ORDER

This is an accelerated appeal in a parental termination case. Before the Court is court reporter Janet Dugger's October 21, 2022 request for a ten-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than November 1, 2022. If necessary, the trial court must arrange for a substitute reporter to ensure the record is filed by November 1. *See* TEX. R. APP. P. 28.4(b)(1).

/s/     KEN MOLBERG
JUSTICE